UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES PARKER,

    Plaintiff,

v.                                                     Case No. 14-C-733

GENESIS BEHAVIORAL SERVICES, INC.,

    Defendant.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and being duly advised, now **ORDERS** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

**SO ORDERED** this 13th day of October, 2015.

                        BY THE COURT:

*/s/ Rudolph T. Randa*
Honorable Rudolph T. Randa
United States District Judge